**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Compac USA Inc** | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names |

**FKA  COMPACSTONE USA INC.**

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

**74-3063498**

| | |
|---|---|
| 4. | **Debtor's address** |

**Principal place of business**

**1777 NW 72 Ave.**
**Suite 2**
**Miami, FL 33126**
Number, Street, City, State & ZIP Code

**Miami-Dade**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://us.compac.es/** |

| | |
|---|---|
| 6. | **Type of debtor** |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Compac USA Inc**                                           Case number (*if known*) _____
      Name

---

**7.** **Describe debtor's business**     A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

 

B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

 

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __4233__

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check **all** that apply:*

        ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

        ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

    ■ No.
    ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    **Compac USA Inc**                                                  Case number (*if known*) _____
_____
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

███ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Compac USA Inc**
          Name                                                    Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Compac USA Inc | Case number (*if known*) | |
|--------|----------------|--------------------------|--|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 21, 2024**
MM / DD / YYYY

X _____     **Francisco A. Sanchis-Brines**
Signature of authorized representative of debtor     Printed name

Title    **President**

**18. Signature of attorney**

X /s/ Joseph A. Pack     Date    **December 21, 2024**
Signature of attorney for debtor     MM / DD / YYYY

**Joseph A. Pack**
Printed name

**Pack Law**
Firm name

**51 NE 24th St., #108**
**Miami, FL 33137**
Number, Street, City, State & ZIP Code

Contact phone    **(305) 916-4500**    Email address    **joe@packlaw.com**

**117882 FL**
Bar number and State

---

### UNANIMOUS CONSENT OF
### THE BOARD OF DIRECTORS OF
### COMPAC USA INC.

December 21, 2024

The undersigned, each being a member of the board of directors (together, the "Board"), of Compac USA Inc., a Florida corporation (the "Company"), as of the date hereof, hereby consent to the adoption of the following resolutions as of the date hereof:

**WHEREAS**, the Board was advised as to the contents of these resolutions and unanimous consent of the Board was sought by management of the Company in respect of these resolutions;

**WHEREAS**, the Board has considered presentations by management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business; and

**WHEREAS**, the Board has had the opportunity to consult with the financial and legal advisors of the Company and assess the considerations related to the commencement of a chapter 11 case under title 11 of the United States Code (the "Bankruptcy Code"), including materials provided by the financial and legal advisors, and the Board recommends the adoption of these resolutions.

### The Chapter 11 Case

**NOW, THEREFORE, BE IT RESOLVED**, in light of the Company's current financial condition, after the Board has investigated, discussed, and considered options for addressing the Company's financial challenges and, after consultation with the Company's advisors, the Board has concluded that it is in the best interests of the Company, its creditors, its employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of the Bankruptcy Code; and

**RESOLVED FURTHER**, that the chief executive officer, or if there is no chief executive officer, then any other officer or manager of the Company (each, an "Authorized Officer" and collectively, the "Authorized Officers"), be, and each of them individually hereby is, authorized, in the name and on behalf of the Company, appointed as the Company's authorized representatives, and in such capacity, acting alone or together, with power of delegation, be, and they hereby are, authorized and empowered to execute and file on behalf of the Company, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents in the Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court"), and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business, and any action necessary to initiate a case under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case"); and

**RESOLVED FURTHER**, that the law firm of Pack Law, P.A. ("Pack Law") is hereby employed as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, subject to Bankruptcy Court approval; and

1

**RESOLVED FURTHER,** that each Authorized Officer be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary; and

**RESOLVED FURTHER,** that each Authorized Officer be, and hereby is, granted with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deems necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case; and

**RESOLVED FURTHER,** that the filing by the Company of a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code shall not dissolve the Company.

## General Resolutions

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Officer's or Authorized Officers' judgment shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and

**RESOLVED FURTHER**, that all members of the Board have received sufficient notice of the actions and transactions relating to the matters by the foregoing resolutions, as may be required by the organizational documents of the Company and/or under applicable law, or hereby waive any right to have received such notice; and

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution by the Board; and

**RESOLVED FURTHER**, that these resolutions may be executed and delivered in multiple counterparts and via facsimile or other electronic means, all of which taken together shall constitute one and the same instrument.

2

IN WITNESS WHEREOF, THE UNDERSIGNED BOARD OF DIRECTORS HAVE DULY EXECUTED THESE RESOLUTIONS AS OF THE DATE FIRST WRITTEN ABOVE.

_____

**Francisco Sanchis-Brines, President and Director**

_____

**Acknowledged by Compac Corporate SL, 100% Owner**

By: _Francisco Sanchis Brines_

Title: _Director_

[Signature Page to Unanimous Consent]

**United States Bankruptcy Court**
**Southern District of Florida**

In re    Compac USA Inc _____    Case No. _____

    Debtor(s)    Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 21, 2024** _____    _____

**Francisco A. Sanchis-Brines/President**
Signer/Title

QUARTERMAKER INVESTMENTS LLC
751 OLD MOUNT DORA ROAD,
EUSTIS FL 32726


EGAN PROPERTIES, LLC
PO Box 3,
OLDWICK NJ 08858


183 MADISON AVE, LLC
183 Madison Avenue,
2nd Floor,
New York NY 10016


HOMERICH
31 SE 6TH STREET,
MIAMI FL 33131


MIAMI-DADE COUNTY - AVIATION DPT
111 NW 1ST STREET - SUITE 2550,
MIAMI FL 33128


CNA INSURANCE
PO BOX 8317,
CHICAGO IL 60680


AETNA INC
151 FARMINGTON AVE,
HARTFORD CT 06156


Compac USA Inc Litigation Counterparties
Attn: Brayton Purcell LLP
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

```
Compac USA Inc Litigation Counterparties
Attn: Metzger Law Group, a P.L.C.
555 E. Ocean Blvd.
Suite 800
Long Beach, CA 90802


TOYOTA INDUSTRIES COMMERCIAL FINANC
P.O. BOX 660926,
DALLAS TX 75266


BERKES CRANE SANTANA & SPANGLER LLP
515 South Figueroa St,
Suite 1500,
Los Angeles CA 90071


COMCAST
PO BOX 530098,
ATLANTA GA 30353


T-MOBILE
PO BOX 790047,
ST. LOUIS MO 63179


FPL
GENERAL MAIL FACILITY,
MIAMI FL 33188


WASTE CONNECTIONS OF FLORIDA INC
3840 NW 37TH CT,
MIAMI FL 33142


PAYCHEX BUSINESS SOLUTIONS
970 LAKE CARILLON DRIVE
SUITE 400,
ST. PETERSBURG FL 33716


AMERIGAS INC
2812 SILVER STAR ROAD,
ORLANDO FL 32808
```

GENERAL NOLI USA, INC
154-09 146TH AVE, 3RD FLOOR,
JAIMAICA NY 11434


VERIZON
1095 Avenue of the Americas,
New York, NY 10036


ACTIVE DISPOSAL SERVICE, INC
P.O. BOX 1115,
SOMERVILLE NJ 08876


SPECTRUM
120 EAST 23RD STREET,
8TH FLOOR,
NEW YORK, NY 10010


WILLIAMS SCOTSMAN INC
901 S, BOND STREET, SUITE 600,
BALTIMORE MD 21231


COMPAC CORPORATE S.L.
TRAVESSERA D'ALBAIDA N° 1,
REAL DE GANDIA - VALENCIA 46727


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Florida Department of Revenue
5050 West Tennessee Street,
Tallahassee, FL 32399

| Form **1120** | | **U.S. Corporation Income Tax Return** | OMB No. 1545-0123 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

**For calendar year 2023 or tax year beginning** _____ , ending _____
**Go to** *www.irs.gov/Form1120* **for instructions and the latest information.**

**2023**

**A Check if:**
1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☒

**TYPE OR PRINT**

Name: **Compac USA, Inc.**
Number, street, and room or suite no. If a P.O. box, see instructions.
**1777 NW 72nd Avenue, Suite 2**
City or town, state or province, country, and ZIP or foreign postal code
**Miami                    FL 33126**

**B Employer identification number**
**74-3063498**

**C Date incorporated**
**10/01/2002**

**D Total assets (see instructions)**
$ **17,323,525**

**E Check if: (1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change  **(4)** ☐ Address change

## Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 21,700,925 |
| b | Returns and allowances | 1b | 633,312 |
| c | Balance. Subtract line 1b from line 1a | 1c | 21,067,613 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 12,083,618 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 8,983,995 |
| 4 | Dividends and inclusions (Schedule C, line 23) | 4 | |
| 5 | Interest | 5 | 436,154 |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (see instructions—attach statement) See Stmt 1 | 10 | 1,152,001 |
| 11 | **Total income.** Add lines 3 through 10 | 11 | 10,572,150 |

## Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (see instructions—attach Form 1125-E) | 12 | 100,000 |
| 13 | Salaries and wages (less employment credits) | 13 | 1,664,404 |
| 14 | Repairs and maintenance | 14 | 84,293 |
| 15 | Bad debts | 15 | 3,056 |
| 16 | Rents | 16 | 716,354 |
| 17 | Taxes and licenses | 17 | 488,054 |
| 18 | Interest (see instructions) | 18 | 217,308 |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 24,577 |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | 1,216,495 |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | 29,194 |
| 25 | Energy efficient commercial buildings deduction (attach Form 7205) | 25 | |
| 26 | Other deductions (attach statement) See Stmt 2 | 26 | 2,816,580 |
| 27 | **Total deductions.** Add lines 12 through 26 | 27 | 7,360,315 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 3,211,835 |
| 29a | Net operating loss deduction (see instructions) | 29a | |
| b | Special deductions (Schedule C, line 24) | 29b | |
| c | Add lines 29a and 29b | 29c | |

## Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | 3,211,835 |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | 674,485 |
| 32 | Reserved for future use | 32 | |
| 33 | Total payments and credits (Schedule J, Part II, line 23) | 33 | 450,000 |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ☒ | 34 | |
| 35 | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed | 35 | 224,485 |
| 36 | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | 36 | |
| 37 | Enter amount from line 36 you want: **Credited to 2024 estimated tax** _____ **Refunded** | 37 | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: **Francisco Sanchis Brines**    Date: _____    Title: **President**

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes  ☐ No

## Paid Preparer Use Only

| | | | |
|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed / PTIN |
| Manuel A. Paucar, CPA | Manuel A. Paucar, CPA | 04/09/24 | P00543680 |

Firm's name: **Paucar Sistachs & Co PA**    Firm's EIN: **20-4603118**
Firm's address: **5825 Sunset Dr Ste 302 South Miami, FL 33143**
Phone no.: **305-665-0151**

Form 1120 (2023) **Compac USA, Inc.** 74-3063498 Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Reserved for future use | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2023)

DAA

Form 1120 (2023)  **Compac USA, Inc.**                                74-3063498                    Page **3**

| Schedule J | Tax Computation and Payment (see instructions) | | | |
|---|---|---|---|---|

**Part I—Tax Computation**

| | | | | |
|---|---|---|---|---|
| 1 | Income tax. See instructions | | **1** | 674,485 |
| 2 | Base erosion minimum tax amount (attach Form 8991) | | **2** | |
| 3 | Corporate alternative minimum tax from Form 4626, Part II, line 13 (attach Form 4626) | | **3** | |
| 4 | Add lines 1, 2, and 3 | | **4** | 674,485 |
| 5a | Foreign tax credit (attach Form 1118) | **5a** | | |
| b | Credit from Form 8834 (see instructions) | **5b** | | |
| c | General business credit (see instructions—attach Form 3800) | **5c** | | |
| d | Credit for prior year minimum tax (attach Form 8827) | **5d** | | |
| e | Bond credits from Form 8912 | **5e** | | |
| 6 | **Total credits.** Add lines 5a through 5e | | **6** | 0 |
| 7 | Subtract line 6 from line 4 | | **7** | 674,485 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) | **9a** | | |
| b | Recapture of low-income housing credit (attach Form 8611) | **9b** | | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | **9c** | | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | **9d** | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | **9e** | | |
| f | Interest/tax due under section 453A(c) | **9f** | | |
| g | Interest/tax due under section 453(l) | **9g** | | |
| z | Other (see instructions—attach statement) | **9z** | | |
| 10 | **Total.** Add lines 9a through 9z | | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | **11** | 674,485 |

**Part II—Payments and Refundable Credits**

| | | | | |
|---|---|---|---|---|
| 12 | Reserved for future use | | **12** | |
| 13 | Preceding year's overpayment credited to the current year | | **13** | 282,932 |
| 14 | Current year's estimated tax payments | | **14** | 167,068 |
| 15 | Current year's refund applied for on Form 4466 | | **15** | ( ) |
| 16 | Combine lines 13, 14, and 15 | | **16** | 450,000 |
| 17 | Tax deposited with Form 7004 | | **17** | |
| 18 | Withholding (see instructions) | | **18** | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | | **19** | 450,000 |
| 20 | Refundable credits from: | | | |
| a | Form 2439 | **20a** | | |
| b | Form 4136 | **20b** | | |
| c | Reserved for future use | **20c** | | |
| z | Other (attach statement–see instructions) | **20z** | | |
| 21 | **Total credits.** Add lines 20a through 20z | | **21** | |
| 22 | Elective payment election amount from Form 3800 | | **22** | |
| 23 | **Total payments and credits.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | | **23** | 450,000 |

Form **1120** (2023)

DAA

Form 1120 (2023) **Compac USA, Inc.**                              74-3063498                              Page **4**

| **Schedule K** | **Other Information** (see instructions) | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: **a** ☐ Cash **b** ☒ Accrual **c** ☐ Other (specify) | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. **423300** | | |
| b | Business activity **Sales** | | |
| c | Product or service **Engineered marble and qua** | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | X |
| | If "Yes," enter name and EIN of the parent corporation | | |
| | | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | X | |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | X | |
| 5 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions | | X |
| | If "Yes," complete (i) through (iv) below. | | |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions | | X |
| | If "Yes," complete (i) through (iv) below. | | |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Organization | **(iv)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 | | X |
| | If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | |
| 7 | At any time during this tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? | X | |
| | For rules of attribution, see section 318. If "Yes," enter: | | |
| | **(a)** Percentage owned **100.000** and **(b)** Owner's country **Spain** | | |
| | **(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached **3** | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount | ☐ | |
| | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during this tax year $                          **0** | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) | ☐ | |
| | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a) $ | | |

Form **1120** (2023)

Form 1120 (2023) **Compac USA, Inc.**                    74-3063498                    Page **5**

| | **Schedule K**    **Other Information** *(continued from page 4)* | **Yes** | **No** |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during this tax year $ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| 18 | Did this corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| 19 | During this corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | X |
| 20 | Is the corporation operating on a cooperative basis? | | X |
| 21 | During this tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions $ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3).) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during this tax year? See instructions | | X |
| 24 | Does the corporation satisfy one or more of the following? If "Yes," complete and attach Form 8990. See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter amount from Form 8996, line 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions | | X |
| | Percentage: By Vote                              By Value | | |
| 27 | At any time during this tax year, did the corporation (a) receive a digital asset (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | X |
| 28 | Is the corporation a member of a controlled group? | | X |
| | If "Yes," attach Schedule O (Form 1120). See instructions. | | |
| 29 | Corporate Alternative Minimum Tax: | | |
| a | Was the corporation an applicable corporation under section 59(k)(1) in any prior tax year? | | X |
| | If "Yes," go to question 29b. If "No," skip to question 29c. | | |
| b | Is the corporation an applicable corporation under section 59(k)(1) in the current tax year because the corporation was an applicable corporation in the prior tax year? | | |
| | If "Yes," complete and attach Form 4626. If "No," continue to question 29c. | | |
| c | Does the corporation meet the requirements of the safe harbor method as provided under section 59(k)(3)(A), for the current tax year? See instructions | X | |
| | If "No," complete and attach Form 4626. If "Yes," the corporation is not required to file Form 4626. | | |
| 30 | Is the corporation required to file Form 7208 relating to the excise tax on repurchase of corporate stock (see instructions): | | |
| a | Under the rules for stock repurchased by a covered corporation (or stock acquired by its specified affiliate)? | | X |
| b | Under the applicable foreign corporation rules? | | X |
| c | Under the covered surrogate foreign corporation rules? | | X |
| | If "Yes" to either (a), (b), or (c), complete Form 7208, Excise Tax on Repurchase of Corporate Stock. See the Instructions for Form 7208. | | |
| 31 | Is this a consolidated return with gross receipts or sales of $1 billion or more and a subchapter K basis adjustment, as described in the instructions, of $10 million or more? | | X |
| | If "Yes," attach a statement. See instructions. | | |

Form 1120 (2023) **Compac USA, Inc.** — 74-3063498 — Page **6**

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| **Assets** | | **(a)** | **(b)** | **(c)** | **(d)** |
| 1 | Cash | | 1,792,215 | | 313,140 |
| 2a | Trade notes and accounts receivable | 5,128,605 | | 5,003,140 | |
| b | Less allowance for bad debts | 26,963 | 5,101,642 | 48,222 | 4,954,918 |
| 3 | Inventories | | 2,673,460 | | 2,480,453 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (att. stmt.) **Stmt 3** | | 4,832,144 | | 9,058,412 |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach stmt.) | | | | |
| 10a | Buildings and other depreciable assets | 2,036,647 | | 2,034,389 | |
| b | Less accumulated depreciation | 1,310,277 | 726,370 | 1,612,673 | 421,716 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach stmt.) **Stmt 4** | | 94,886 | | 94,886 |
| 15 | Total assets | | 15,220,717 | | 17,323,525 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 226,383 | | 123,930 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (att. stmt.) **Stmt 5** | | 155,228 | | 620,483 |
| 19 | Loans from shareholders | | 6,023,965 | | 5,533,628 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | 10,500 | 10,500 | 10,500 | 10,500 |
| 23 | Additional paid-in capital | | 1,198,797 | | 1,198,797 |
| 24 | Retained earnings—Appropriated (att. stmt.) | | | | |
| 25 | Retained earnings—Unappropriated | | 7,605,844 | | 9,836,187 |
| 26 | Adjustments to SH equity (att. stmt.) | | | | |
| 27 | Less cost of treasury stock | | | | ( ) |
| 28 | Total liabilities and shareholders' equity | | 15,220,717 | | 17,323,525 |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return | | |
|---|---|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| 1 | Net income (loss) per books | 2,230,343 | 7 | Income recorded on books this year | |
|---|---|---|---|---|---|
| 2 | Federal income tax per books | 674,485 | | not included on this return (itemize): | |
| 3 | Excess of capital losses over capital gains | | | Tax-exempt interest $ ............. | |
| 4 | Income subject to tax not recorded on books this year (itemize): ........... | | | ..................................... | |
| | | | 8 | Deductions on this return not charged | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | | against book income this year (itemize): | |
| a | Depreciation .... $ 283,925 | | a | Depreciation .... $ ............. | |
| b | Charitable contributions .... $ ......... | | b | Charitable contributions $ ............ | |
| c | Travel and entertainment.... $ **Stmt 6** 23,082 | 307,007 | 9 | Add lines 7 and 8 ................ | |
| 6 | Add lines 1 through 5 | 3,211,835 | 10 | Income (page 1, line 28)—line 6 less line 9 | 3,211,835 |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25) | | |
|---|---|---|---|

| 1 | Balance at beginning of year | 7,605,844 | 5 | Distributions: a Cash | |
|---|---|---|---|---|---|
| 2 | Net income (loss) per books | 2,230,343 | | b Stock | |
| 3 | Other increases (itemize): .......... | | | c Property | |
| | ..................................... | | 6 | Other decreases (itemize): ........ | |
| | ..................................... | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | 9,836,187 | 8 | Balance at end of year (line 4 less line 7) | 9,836,187 |

Form **1120** (2023)

DAA

Form **4797**

Department of the Treasury
Internal Revenue Service

**Sales of Business Property**
(Also Involuntary Conversions and Recapture Amounts
Under Sections 179 and 280F(b)(2))
**Attach to your tax return.**
**Go to** *www.irs.gov/Form4797* **for instructions and the latest information.**

OMB No. 1545-0184

**2023**

Attachment
Sequence No. **27**

Name(s) shown on return

Compac USA, Inc.

Identifying number

74-3063498

| | | |
|---|---|---|
| **1a** | Enter the gross proceeds from sales or exchanges reported to you for 2023 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions | **1a** |
| **b** | Enter the total amount of gain that you are including on lines 2, 10, and 24 due to the partial dispositions of MACRS assets | **1b** |
| **c** | Enter the total amount of loss that you are including on lines 2 and 10 due to the partial dispositions of MACRS assets | **1c** |

**Part I**  **Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft—Most Property Held More Than 1 Year** (see instructions)

| **2** | (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|---|
| | See Statement 7 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | | | |
|---|---|---|---|
| **3** | Gain, if any, from Form 4684, line 39 | **3** | |
| **4** | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | **4** | |
| **5** | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | **5** | |
| **6** | Gain, if any, from line 32, from other than casualty or theft | **6** | |
| **7** | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | **7** | 0 |
| | **Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below. | | |
| | **Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below. | | |
| **8** | Nonrecaptured net section 1231 losses from prior years. See instructions | **8** | |
| **9** | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions | **9** | |

**Part II**  **Ordinary Gains and Losses** (see instructions)

| | | | |
|---|---|---|---|
| **10** | Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less): | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **11** | Loss, if any, from line 7 | **11** | ( ) |
| **12** | Gain, if any, from line 7 or amount from line 8, if applicable | **12** | |
| **13** | Gain, if any, from line 31 | **13** | |
| **14** | Net gain or (loss) from Form 4684, lines 31 and 38a | **14** | |
| **15** | Ordinary gain from installment sales from Form 6252, line 25 or 36 | **15** | |
| **16** | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | **16** | |
| **17** | Combine lines 10 through 16 | **17** | |
| **18** | For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below. | | |
| **a** | If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions | **18a** | |
| **b** | Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040), Part I, line 4 | **18b** | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **4797** (2023)

There are no amounts for Page 2

Form **1125-A**

(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
▶ **Go to** *www.irs.gov/Form1125A* **for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| Compac USA, Inc. | 74-3063498 |

| | | | |
|---|---|---|---:|
| **1** | Inventory at beginning of year | **1** | 2,673,460 |
| **2** | Purchases | **2** | 10,314,750 |
| **3** | Cost of labor | **3** | |
| **4** | Additional section 263A costs (attach schedule) | **4** | |
| **5** | Other costs (attach schedule)                          Stmt 8 | **5** | 1,575,861 |
| **6** | **Total.** Add lines 1 through 5 | **6** | 14,564,071 |
| **7** | Inventory at end of year | **7** | 2,480,453 |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 12,083,618 |

**9a** Check all methods used for valuing closing inventory:

   (i)   ☒ Cost
   (ii)  ☐ Lower of cost or market
   (iii) ☐ Other (Specify method used and attach explanation.) ▶

**b** Check if there was a writedown of subnormal goods ............................................................. ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ............... ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed
   under LIFO ............................................................................................ **9d**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ......... ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes,"
   attach explanation ...................................................................................... ☐ Yes ☒ No

For Paperwork Reduction Act Notice, see instructions.

Form **1125-A** (Rev. 11-2018)

DAA

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ **Attach to Form 1120.**
▶ **See instructions on page 2.**

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| Compac USA, Inc. | 74-3063498 |

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| Silicalia, S.L. | | Foreign Corp | Spain | 100.000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| Sergio Sanchis Brines | | Spain | 100.000 |
| Francisco Sanchis Brines | | Spain | 100.000 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**

**Schedule G (Form 1120) (Rev. 12-2011)**

DAA

**SCHEDULE M-3**
**(Form 1120)**
(Rev. December 2019)
Department of the Treasury
Internal Revenue Service

## Net Income (Loss) Reconciliation for Corporations With Total Assets of $10 Million or More

▶ Attach to Form 1120 or 1120-C.

▶ Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

Name of corporation (common parent, if consolidated return)
Compac USA, Inc.

Employer identification number
74-3063498

Check applicable box(es): (1) ☒ Non-consolidated return  (2) ☐ Consolidated return (Form 1120 only)

(3) ☐ Mixed 1120/L/PC group  (4) ☐ Dormant subsidiaries schedule attached

## Part I   Financial Information and Net Income (Loss) Reconciliation (see instructions)

**1a** Did the corporation file SEC Form 10-K for its income statement period ending with or within this tax year?
☐ **Yes.** Skip lines 1b and 1c and complete lines 2a through 11 with respect to that SEC Form 10-K.
☒ **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.

**b** Did the corporation prepare a certified audited non-tax-basis income statement for that period?
☐ **Yes.** Skip line 1c and complete lines 2a through 11 with respect to that income statement.
☒ **No.** Go to line 1c.

**c** Did the corporation prepare a non-tax-basis income statement for that period?
☒ **Yes.** Complete lines 2a through 11 with respect to that income statement.
☐ **No.** Skip lines 2a through 3c and enter the corporation's net income (loss) per its books and records on line 4a.

**2a** Enter the income statement period: Beginning 01/01/23  Ending 12/31/23

**b** Has the corporation's income statement been restated for the income statement period on line 2a?
☐ **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
☒ **No.**

**c** Has the corporation's income statement been restated for any of the five income statement periods immediately preceding the period on line 2a?
☐ **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
☒ **No.**

**3a** Is any of the corporation's voting common stock publicly traded?
☐ **Yes.**
☒ **No.** If "No," go to line 4a.

**b** Enter the symbol of the corporation's primary U.S. publicly traded voting common stock

**c** Enter the nine-digit CUSIP number of the corporation's primary publicly traded voting common stock

| | | |
|---|---|---|
| **4a** Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 | **4a** | 2,230,343 |
| **b** Indicate accounting standard used for line 4a (see instructions): | | |
| (1) ☒ GAAP (2) ☐ IFRS (3) ☐ Statutory (4) ☐ Tax-basis (5) ☐ Other (specify) | | |
| **5a** Net income from nonincludible foreign entities (attach statement) | **5a** | ( ) |
| **b** Net loss from nonincludible foreign entities (attach statement and enter as a positive amount) | **5b** | |
| **6a** Net income from nonincludible U.S. entities (attach statement) | **6a** | ( ) |
| **b** Net loss from nonincludible U.S. entities (attach statement and enter as a positive amount) | **6b** | |
| **7a** Net income (loss) of other includible foreign disregarded entities (attach statement) | **7a** | |
| **b** Net income (loss) of other includible U.S. disregarded entities (attach statement) | **7b** | |
| **c** Net income (loss) of other includible entities (attach statement) | **7c** | |
| **8** Adjustment to eliminations of transactions between includible entities and nonincludible entities (attach statement) | **8** | |
| **9** Adjustment to reconcile income statement period to tax year (attach statement) | **9** | |
| **10a** Intercompany dividend adjustments to reconcile to line 11 (attach statement) | **10a** | |
| **b** Other statutory accounting adjustments to reconcile to line 11 (attach statement) | **10b** | |
| **c** Other adjustments to reconcile to amount on line 11 (attach statement) | **10c** | |
| **11** Net income (loss) per income statement of includible corporations. Combine lines 4 through 10 | **11** | 2,230,343 |

**Note:** Part I, line 11, must equal Part II, line 30, column (a), or Schedule M-1, line 1 (see instructions).

**12** Enter the total amount (not just the corporation's share) of the assets and liabilities of all entities included or removed on the following lines.

| | Total Assets | Total Liabilities |
|---|---|---|
| **a** Included on Part I, line 4 ▶ | 17,323,525 | 6,278,041 |
| **b** Removed on Part I, line 5 ▶ | | |
| **c** Removed on Part I, line 6 ▶ | | |
| **d** Included on Part I, line 7 ▶ | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.

Schedule M-3 (Form 1120) (Rev. 12-2019)

DAA

**COMPAC USA, INC.**
BALANCE SHEETS

| ASSETS | $ 24-Nov | $ 2023 |
|---|---|---|
| CURRENT ASSETS | | |
| Cash | 310,883 | 313,140 |
| Accounts receivable, net of allowance for doubtful accounts | | |
| of $48.222 and $48.222, respectively | 1,916,519 | 4,954,918 |
| Inventory | 2,175,577 | 2,480,453 |
| Due to related parties | 25,947 | 8,581,749 |
| Prepaid expenses | 222,355 | 456,886 |
| Prepaid taxes | 423,435 | 19,777 |
| Total current assets | 5,074,717 | 16,806,924 |
| PROPERTY AND EQUIPMENT, net of accumulated | | |
| depreciation of $1.832.380 and $1.612.672 respectively | 173,324 | 421,716 |
| SECURITY DEPOSITS | 94,886 | 94,886 |
| | 5,342,926 | 17,323,526 |
| **LIABILITIES AND STOCKHOLDER'S EQUITY** | | |
| CURRENT LIABILITIES | | |
| Accounts payable | 392,325 | 218,754 |
| Income tax payable | 0 | 316,087 |
| Notes payable | 75,000 | 209,571 |
| Loans from stockholders | 272,547 | 5,533,628 |
| Total current liabilities | 739,872 | 6,278,039 |
| STOCKHOLDER'S EQUITY | | |
| Common stock | 10,500 | 10,500 |
| Additional paid-in capital | 1,198,797 | 1,198,797 |
| Retained earnings | 3,393,757 | 9,836,189 |
| Total stockholders' equity | 4,603,055 | 11,045,486 |
| | 5,342,926 | 17,323,526 |

**COMPAC USA, INC.**
STATEMENTS OF INCOME

| | $<br>24-Nov | $<br>2023 |
|---|---|---|
| SALES | 15,836,381 | 21,067,613 |
| COST OF SALES | 10,913,688 | 12,083,618 |
| GROSS PROFIT | 4,922,693 | 8,983,995 |
| OPERATING EXPENSES | 5,558,585 | 7,496,392 |
| OPERATING INCOME | -635,892 | 1,487,603 |
| OTHER INCOME | 1,193,461 | 1,588,155 |
| INCOME BEFORE INCOME TAXES | 557,568 | 3,075,758 |
| INCOME TAX | 0 | 845,413 |
| RETAINED EARNINGS - BEGINNING | 9,836,189 | 7,605,844 |
| DIVIDENS | 7,000,000 | 0 |
| RETAINED EARNINGS - ENDING | 3,393,758 | 9,836,189 |

**COMPAC USA, INC.**
SCHEDULES OF OPERATING EXPENSES

| | $<br>24-Nov | $<br>2023 |
|---|---:|---:|
| Advertising and promotion | 703,081 | 1,216,495 |
| Bad debt expense | 0 | 24,315 |
| Bank charges | 132,337 | 179,587 |
| Communication and telephone | 32,965 | 39,220 |
| Contract services | 37,550 | 21,950 |
| Depreciation | 263,783 | 308,502 |
| Equipment rental | 0 | 0 |
| Insurance - general | 118,090 | 140,613 |
| Insurance - health, life and disability | 2,547 | 29,194 |
| Interest | 13,299 | 217,308 |
| Losses Due to Exchange Rate Fluctuations | -1,683 | 3,693 |
| Management fees | 1,572,701 | 2,159,791 |
| Licenses and permits | 7,552 | 8,250 |
| Miscellaneous | 18,279 | 78,184 |
| Payroll taxes | 265,229 | 307,211 |
| Penalties | 8,606 | 1,823 |
| Office supplies | 22,692 | 20,841 |
| Printing and reproduction | 3,275 | 5,356 |
| Professional fees | 216,579 | 93,012 |
| Rent | 657,716 | 716,354 |
| Salaries | 1,338,417 | 1,764,404 |
| Repairs and maintenance | 78,998 | 84,293 |
| Taxes - other | 2,227 | 1,665 |
| Trucking and transportation | 28,979 | 31,401 |
| Uniforms | 450 | 1,177 |
| Travel | 13,775 | 21,982 |
| Utilities | 6,846 | 6,793 |
| Waste removal | 14,298 | 12,978 |
| | 5,558,585 | 7,496,390 |